UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER TO UNSEAL |
| | ) | INDICTMENT |
| v. | ) | |
| | ) | |
| ERICKA ANDREA MONIQUE JOHNSON | ) | NO. 5:20-CR-334-H-1 |
| MARIEL DURAND INGRAM | ) | NO. 5:20-CR-334-H-3 |
| MONTAGUE AARON MCMILLAN | ) | NO. 5:20-CR-334-H-8 |
| JOHNATHAN MAURICE MACK | ) | NO. 5:20-CR-334-H-11 |
| MALCOLM RASOUL SANCHEZ | ) | NO. 5:20-CR-334-H-13 |
| _____ | ) | |

Upon motion of the United States of America, and for good cause shown, the

sealed Thirty-One-Count Indictment returned by the Grand Jury for the Eastern

District of North Carolina on July 8, 2020, is hereby ORDERED to be unsealed by the

Clerk of the United States Court for the Eastern District of North Carolina.

This _21st_ day of September, 2020.

_____

UNITED STATES DISTRICT JUDGE